1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ELIZABETH M. GUNTER
4  Special Assistant United States Attorney (CBN 280218)
        Federal Building, Suite 7516
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-8308
        Facsimile: (213) 894-7819
7       E-mail: elizabeth.gunter@usdoj.gov

8  Attorneys for Respondents

                 UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ANILA KHANAL, | No. CV 14-07421-BRO (SHx) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| JOSEPH E. LANGLOIS, Associate Director, Refugee, Asylum and International Operations, United States Citizenship and Immigration Services, et al., | Complaint served:   11/24/14<br>Current response<br>    date:            1/23/15<br>New response date:  2/23/15 |
| Respondents. | |

IT IS HEREBY STIPULATED that the time for Respondents to answer, move, or otherwise respond to the complaint shall be extended from January 23, 2015 to February 23, 2015.

Respondents request this extension of time (1) because the United States Citizenship and Immigration Services has not yet submitted a complete litigation report to Respondents' counsel; and (2) to enable the parties to focus their efforts on possibly resolving this case in lieu of further litigation.

This is the first extension of time to respond to the complaint that Respondents have requested in this case.

DATED: January 22, 2015.  STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/Elizabeth M. Gunter
ELIZABETH M. GUNTER
Special Assistant United States Attorney

Attorneys for Respondents

DATED: January 21, 2015.  SAHARA LEGAL GROUP

/s/Rajan O. Dhungana
RAJAN O. DHUNGANA

Attorney for Plaintiff
Anila Khanal

-1-